# IN THE UNITED STATES DISTRICT COURT
# FOR THE Northern DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) KEVIN RIDER, | ) | |
| | ) | |
| Plaintiff, | ) | 17-cv-396-JED-fhm |
| | ) | |
| vs. | ) | |
| | ) | |
| (1) CAPITAL ACCOUNTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

The Plaintiff, Kevin Rider, by and through the undersigned counsel, pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order), voluntarily dismisses CAPITAL ACCOUNTS, LLC, with prejudice.

Respectfully submitted,



/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
4835 S. Peoria Ave., Suite 1
Tulsa, OK 74105
(918) 200-9272

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.   No appearance for Defendant has been made in this matter.

/s/ Victor R. Wandres